UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE
Tammy D. Wilhelm,
Scott D. Wilhelm Sr.

CHAPTER 7

CASE NO.: 1:18-bk-04488-HWV

Debtor(s) | Application for Refund

I, the undersigned petitioner, under penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I am petitioning for a refund in the total amount of $ 60.00 for document no(s). 26 (*enter docket numbers*) filed in the above-named case on the following date(s) 02/04/2019 on behalf of the [✓] debtor(s) [ ] creditor (*check one*).

2. Receipt # 9122555 for the overpayment of filing fee was issued 02/04/2019 in the amount of $ 60.00.

3. A refund is warranted in this matter because (*state reason(s) why a refund should be issued*):

Because of a misunderstanding, the debtors paid the entire filing fee on February 19, 2019, receipt number 631228, and counsel had paid a portion of the fee as an installment. The debtors' payment is located on Docket report between 28 and 29.

4. Refund should be sent to: (*name and complete address*)
   Richard Koch, 6 Clouser Road, Mechanicsburg, PA 17055

5. I understand that, pursuant to 18 U.S.C. § 152, I may be subject to fines not more than $5,000, or imprisonment not more than five (5) years, or both, if I have knowingly and fraudulently made any false statements in this document.

6. I understand that it will take approximately 6-8 weeks to receive this refund.

Executed on 03/07/2019

Applicant's signature

Type or Print Name below:

Richard Koch

Address of Applicant:

6 Clouser Road

Mechanicsburg, PA 17055

Case 1:18-bk-04488-HWV    Doc 34    Filed 03/07/19    Entered 03/07/19 09:35:55    Desc
Main Document    Page 1 of 1